UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

INTERLINK PRODUCTS
INTERNATIONAL, INC.,

Plaintiff,

v.

DREW BOHAN and MAUNEE
SANCHEZ,

Defendants.

No.  2:24-cv-03188-JAM-SCR

ORDER

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On July 11, 2025 the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 14 days.  ECF No. 9.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed July 11, 2025 (ECF No. 9), are **ADOPTED in full**; and

1

2.  This action is **DISMISSED WITHOUT PREJUDICE**.

Dated:  January 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE